■ The People of the State of New York, Respondent, v Michael Freeman, Appellant. [60 NYS3d 809]—

Order, Supreme Court, Bronx County (Ralph Fabrizio, J.), entered on or about August 3, 2016, which adjudicated defendant a level three predicate sex offender pursuant to the Sex Of-

fender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, or were outweighed by the seriousness of the underlying crime and defendant's criminal history. Concur—Friedman, J.P., Manzanet-Daniels, Kapnick, Kern and Singh, JJ.